IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JONATHAN WHITE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | Civil Action File No. |
| | : | **1:05-CV-15 (WLS)** |
| THURBERT BAKER, Attorney General | : | |
| of the State of Georgia, | : | |
| | : | |
| Respondent. | : | |

**RECOMMENDATION AND ORDER**

Presently pending in this *pro se* prisoner *habeas corpus* action are petitioner's motion for an evidentiary hearing (tab 2), petitioner's motion to dismiss the petition (tab 9) and respondent's motion to dismiss the petition based upon untimeliness (tab 13).

In petitioner's motion to dismiss, he states that he mistakenly filed the instant petition in the wrong forum, and respectfully asks that the instant petition be dismissed. A review of the file reveals that the original petition filed in this action is titled "In the Superior Court of Dougherty County," as are several other pleadings filed by petitioner. Petitioner asserts that he intended to file this petition in the Superior Court of Dougherty County, and mistakenly addressed it to this court.

Inasmuch as petitioner wishes to dismiss the instant petition, and finding that he in fact mistakenly filed it in the wrong court, it is the RECOMMENDATION of the undersigned that petitioner's motion to dismiss be **GRANTED**.

As respondent has filed a motion to dismiss this petition based upon untimeliness, it is the

RECOMMENDATION of the undersigned that such motion be **DENIED** as moot in light of the recommendation to grant petitioner's motion to dismiss.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

   Similarly, it is the ORDER of the undersigned that petitioner's motion for an evidentiary hearing be **DENIED** as moot.


**SO ORDERED and RECOMMENDED**, this 26th day of July, 2005.


                                                          //S Richard L. Hodge                         
                                                          RICHARD L. HODGE
                                                          UNITED STATES MAGISTRATE JUDGE
msd