IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JONATHAN WHITE, | : |
| Petitioner, | : |
| v. | : 1:05-CV-15 (WLS) |
| THURBERT BAKER, Attorney General of the State of Georgia, | : |
| Respondent. | : |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 13), filed July 26, 2005. It is recommended that Petitioner's motion to dismiss the petition be granted and that Petitioner's request for a hearing be denied as moot. Further, the Magistrate Judge recommends denying Respondent's motion to dismiss as moot. Neither Plaintiff, nor Respondent has filed a timely written objection to the recommendation.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Tab 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's motion to dismiss (Tab 12) is **GRANTED** and Petitioner's request for a hearing (Tab 2) is **DENIED as moot**. Respondent's motion to dismiss (Tab 8) is **DENIED as moot**.

**SO ORDERED**, this  16th  day of September, 2005.

    /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**